1  DANIEL S. ROBERTS, Bar No. 205535
   daniel.roberts@bbklaw.com
2  G. ROSS TRINDLE, Bar No. 228654
   ross.trindle@bbklaw.com
3  CHRISTOPHER D. WHYTE, Bar No. 245169
   christopher.whyte@bbklaw.com
4  BEST BEST & KRIEGER LLP
   3500 Porsche Way, Ste. 200
5  Ontario, CA  91764
   Telephone: (909) 989-8584
6  Facsimile: (909) 944-1441

7  Attorneys for Defendants
   Chief Eric Hopley, City of Ontario Police
8  Department, City of Ontario, Officer Nick
   Lefler, Officer Ryan Holmes, Officer Ruben
9  Espinoza, Officer Joseph Barron, Officer
   James Mikkelsen, Sergeant Michael Caldera,
10 Corporal Thomas Odell, and Officer Ryan
   Ronveaux

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14
   FREDERICK ORTEGA, an              Case No.  EDCV 12-00397 GAF (OPx)
15 individual,
                                     [~~Proposed~~]
16       Plaintiff,
                                     **PROTECTIVE ORDER**
17       v.

18 ERIC HOPLEY, an individual;
   CITY OF ONTARIO POLICE
19 DEPARTMENT, a public entity;
   CITY OF ONTARIO, a public
20 entity; OFFICER NICK LEFLER;
   OFFICER RYAN HOLMES;
21 OFFICER RUBEN ESPINOZA;
   OFFICER JOSEPH BARRON;
22 OFFICER MIKKELSEN; ~~OFFICER
   KRISTIE HARRIS~~; SERGEANT
23 CALDERA; CORPORAL ODELL;
   OFFICER RYAN RONVEAUX; and
24 DOES 1 through 20, inclusive,

25       Defendants.

26

27

28

45774.20017\7557211.1

BASED UPON THE STIPULATION OF THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, IT IS HEREBY ORDERED that:

1. All originals and copies of personnel-file documents, interrogatory responses obtained from Defendants pertaining to personnel-file documents or information, and all originals and copies of transcripts, video recordings, and audio recordings of any deposition taken in this matter during which the Defendants' personnel-file documents, or any of the foregoing interrogatory responses, are used, mentioned, reviewed, discussed, or referred to (hereinafter collectively "**the Protected Documents**"), shall be subject to this Protective Order as follows.

2. All of **the Protected Documents** shall be stamped "CONFIDENTIAL-- SUBJECT TO THE PROTECTIVE ORDER" and shall be sealed pursuant to this Order *in compliance with Local Rule 79-5.*

3. Each person and/or entity receiving any of **the Protected Documents** shall not disclose to any person or entity, in any manner, including orally, any of **the Protected Documents** or any of the information contained herein. Any such disclosure shall be construed as a violation of this Order, except when used for purposes of this litigation as described in Paragraph No. 9 of this Order and it is done so under seal.

4. **The Protected Documents** and all information contained therein, may only be disclosed to the following "qualified" persons:

   (a) Counsel of record for the parties to this civil litigation;

   (b) Plaintiff and Defendants;

   (c) Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in subparagraph (a);

   (d) Court personnel, including stenographic reporters engaged in such proceedings, as are necessarily incidental to preparation for the trial of this action;

   (e) Expert witnesses employed by either counsel for Plaintiff or Defendants; and

45774.20017\7557211.1

(f) The court reporter, videographer, and audiographer, if any, who record all or part of the depositions in this matter of Defendants.

5. Prior to receiving or reviewing any of **the Protected Documents**, each "qualified" person listed in Paragraph No. 4 of this Order, with the exception of Court personnel, shall be provided with a copy of this Order, and shall agree to be bond by the terms hereof by executing the Acknowledgement and Agreement to be Bound, attached hereto as Exhibit "A."

6. **The Protected Documents** may be used during law-and-motion proceedings and the trial in this matter, if any. **The Protected Documents**, or any portion thereof, that are filed with the Court for any reason in this proceeding shall be filed under seal *in compliance with Local Rule 79-5.* If a party does file such evidence under seal, all papers that refer to or rely upon such evidence shall designate the particular aspects that are confidential. This will enable the Court, in drafting orders, to determine whether there is evidence which the Court should attempt not to disclose.

7. A copy of this Order shall be attached as an exhibit to **the Protected Documents** at the time of production.

8. The court reporter, videographer, and audiographer, if any, who records all or part of the depositions in this matter of Defendants, shall be subject to this Order and precluded from providing the original deposition videotape, audiotape, or portions thereof, any copies thereof, or portions of copies thereof, to any persons other than counsel of record, except pursuant to subsequent order of this Court.

9. **The Protected Documents** shall be used solely in connection with the preparation and trial of this case (EDCV 12-397 GAF (OPx)), or any related appellate proceeding, and not for any other purpose, including, without limitation, any other litigation or administrative proceedings or any investigation related thereto.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3500 PORSCHE WAY, SUITE 200
ONTARIO, CA 91764

1   10.   This Order is made for the purpose of ensuring that **the Protected Documents** and the information contained therein will remain confidential.

11.   No more than thirty (30) calendar days after the judgment in this matter becomes final, Plaintiff, Plaintiff's Counsel, and every other person and/or entity who received originals or copies of **the Protected Documents** shall return all originals and copies of **the Protected Documents** to the care of Daniel S. Roberts, Counsel for Defendants, Best Best & Krieger LLP, 3500 Porsche Way, Suite 200, Ontario, California 91764.

12.   Any violation of this Order may be punished by any and all appropriate measures including, without limitation, contempt proceedings and/or monetary sanctions.

IT IS SO ORDERED.

Dated: 8/29, 2012



OSWALD PARADA
U.S. MAGISTRATE JUDGE

45774.20017\7557211.1                        - 3 -

# EXHIBIT "A"

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full company name and address], declare under penalty of perjury that I have read in its entirety and understand the Protective Order that was issued by the United States District Court, Central District of California on _____ [date] in the case of *Ortega v. Hopley, et al*, Case No. EDCV 12-397 (GAF (OPx) (the "Lawsuit"). I agree to comply with and to be bound by all the terms of this Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.

I further agree to submit to the jurisdiction of the United States District Court for the Central District of California for the purpose of enforcing the terms of this Protective Order, even if such enforcement proceedings occur after termination of the Lawsuit.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3500 PORSCHE WAY, SUITE 200
ONTARIO, CA 91764

45774.20017\7557211.1